UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


PETE'S TOWING CO.,

     Plaintiff,

v.                                     CASE NO: 8:08-cv-209-T-23EAJ

CITY OF TAMPA, FLORIDA, et al.,

     Defendants.

_____/


**<u>ORDER</u>**

Pursuant to 28 U.S.C. § 636 and Local Rule 6.01(b), the defendants' motion for summary judgment (Doc. 37), and "Motion to Strike and/or Disregard" (Doc. 60) were referred to United States Magistrate Judge Elizabeth A. Jenkins to issue a report and recommendation on the motions.  Following the Magistrate Judge's July 2, 2009, report and recommendation (Doc. 66), the plaintiff objects (Doc. 70), and the defendants (Doc. 72) respond.

A <u>de novo</u> determination of those portions of the report and recommendation to which the plaintiff objects reveal that the objections either are unfounded or otherwise require no different resolution of the motion.   Accordingly, the plaintiff's objections (Doc. 70) are **OVERRULED,** and the Magistrate Judge's report and recommendation (Doc. 66) is **ADOPTED**.  The defendants' "Motion to Strike and/or Disregard" (Doc. 60) is **GRANTED IN PART** and **DENIED IN PART**.  The motion is **GRANTED** to the extent that the affidavit of Alexis Reyes Torres (Doc. 56-3) and paragraphs 13, 14, and 15 of the affidavit of Ian McGeehan (Doc. 56-2) are **STRICKEN**.  Otherwise, the motion is

**DENIED**.  The plaintiff's request (Doc. 55 at 22-23) for reconsideration of the October

29, 2009, order (Doc. 26) order dismissing the plaintiff's substantive due process claim

is **DENIED**.  Finally, the defendants' motion for summary judgment (Doc. 37) is

**GRANTED**.  The Clerk is directed to (1) enter judgment on all counts against the

plaintiff and in favor of the defendants City of Tampa, Stephen Hogue, Jose Penichet,

and Michael Kitts, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on August 13, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE